**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:98CR78 LAC

MELVIN WILSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___APRIL 15, 2008___

Motion/Pleadings:__PETITIONER'S MOTION REQUESTING TO ALTER OR AMEND__ __JUDGMENT OF THE COURT'S DENIAL OF PETITIONER'S § 3582(c)(2) MOTION,__ __DATED MARCH 31, 2008, PURSUANT TO F.R.CV.P. RULE 59(e) ;  Memo in__ __Support/Exhibits filed after Order entered on 3/31/08__

Filed by__ DEFENDANT PRO SE___ on__4/14/08___ Doc.#_268 and 267__

RESPONSES:

_____ on_____ Doc.#_____

_____ on_____ Doc.#_____

_____ Stipulated _____ Joint Pldg.

_____ Unopposed _____ Consented

                           WILLIAM M. McCOOL, CLERK OF COURT

                           *s/Mary Maloy*

_____             Deputy Clerk: Mary Maloy

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of April, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

_____

_____

                              *s/L.A. Collier*

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

                        *LACEY A. COLLIER*
                *Senior United States District Judge*

Document No.