## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:98CR78 LAC

MELVIN WILSON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on APRIL 29, 2008

Motion/Pleadings: PETITIONER'S MOTION SEEKING STATUS AND/OR DISPOSITION OF PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT, PURSUANT RULE 59(e), Dated 4/8/08

Filed by DEFENDANT PRO SE on 4/25/08 Doc.# 270

RESPONSES:

____ on ____ Doc.# ____
____ on ____ Doc.# ____

___ Stipulated ___ Joint Pldg.
___ Unopposed ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2) Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of April, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) MOOT.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.