**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                       CASE NO. 3:98CR78 LAC

MELVIN WILSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   MAY 5, 2008

Motion/Pleadings:  LETTER TO CLERK REQUESTING THAT PAGE TWO OF DEFT'S PREVIOUSLY FILED MOTION TO ALTER (Doc #268 filed on 4/14/08) BE CORRECTED BY SUBSTITUTING THE ATTACHED CORRECTED PAGE TWO

Filed by  DEFENDANT PRO SE    on 5/5/08    Doc.# 275

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*

*(a) The relief requested is **GRANTED.***

*(b) _____*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.