AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:98cr78/LAC |
| Melvin Wilson ) | USM No: 04402-017 |
| Date of Previous Judgment: 26 January 1999 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __272__ months **is reduced to** __230 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence as to Counts 1 and 2 is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant's motion for a reduction of sentence under Amendment 706 to the guidelines (doc 263) was denied on 31 March 2008 (doc 266). However, as a result of Amendments 711 and 715, which became effective 1 May 2008, defendant's guideline range is due to be reduced two points resulting in an amended offense level of 30 with an amended guideline range of 151 to 188 months.

Therefore, defendant's total sentence is reduced from 272 months to 230 months as follows. 170 months as to Counts 1 and 2, each count to run concurrent, one with the other; 60 months mandatory as to Count 3, to run consecutive to Counts 1, 2 and 4 as required by statute; and 120 months as to Count 4, to run concurrent with Counts 1 and 2, for the total sentence of 230 months imprisonment.

Except as provided above, all provisions of the judgment dated __26 January 1999__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 3 July 2008

s/*L.A. Collier*
Judge's signature

Effective Date: _____
(if different from order date)

Lacey A. Collier, Senior U.S. District Judge
Printed name and title